IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jefferson, Alvin | Case Number: 04 B 44307 |
|---|---|---|
| | Jefferson, Catherine | Judge: Wedoff, Eugene R |
| | Printed: 9/23/08 | Filed: 12/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: September 5, 2008
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,600.00 | |
| Secured: | | 2,603.00 |
| Unsecured: | | 7,992.07 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 713.04 |
| Other Funds: | | 91.89 |
| Totals: | 13,600.00 | 13,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,200.00 | 2,200.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 7. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 8. | Cook County Treasurer | Secured | 3,000.00 | 135.71 |
| 9. | Select Portfolio Servicing | Secured | 11,454.36 | 2,467.29 |
| 10. | RoundUp Funding LLC | Unsecured | 534.88 | 5,348.79 |
| 11. | Capital One Auto Finance | Unsecured | 150.22 | 1,502.16 |
| 12. | Jefferson Capital | Unsecured | 114.11 | 1,141.12 |
| 13. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 14. | Advanced Heart and Health | Unsecured | | No Claim Filed |
| 15. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 16. | JT Iwanetz MD | Unsecured | | No Claim Filed |
| 17. | CitiFinancial | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | City of Calumet City | Unsecured | | No Claim Filed |
| 20. | Midwest Emergency | Unsecured | | No Claim Filed |
| | | | $ 17,453.57 | $ 12,795.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 45.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jefferson, Alvin                     Case Number:  04 B 44307
         Jefferson, Catherine                 Judge:  Wedoff, Eugene R
         Printed:  9/23/08                       Filed:  12/2/04

|  |  |
|---|---|
| 4% | 26.71 |
| 3% | 22.27 |
| 5.5% | 122.60 |
| 5% | 35.60 |
| 4.8% | 119.61 |
| 5.4% | 340.43 |
|  | _____ |
|  | $ 713.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

